**FILED**

AUG 1 3 2013

Clerk, U.S. District Court
District Of Montana
Great Falls

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-29 -GF-DLC-RKS |
| Plaintiff, | FINDINGS AND |
| | RECOMMENDATIONS |
| vs. | CONCERNING PLEA |
| BLAIR CHIEFSTICK, | |
| Defendant. | |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P.
11 and has entered a plea of guilty to one count of Aggravated Sexual Abuse, as set
forth in the Indictment. After examining the Defendant under oath, I have made
the following determinations:

1. That the Defendant is fully competent and capable of entering an
informed and voluntary plea,

2. That the Defendant is aware of the nature of the charge against him and
consequences of pleading guilty to the charge,

3. That the Defendant fully understands his constitutional rights, and the
extent to which he is waiving those rights by pleading guilty, and

4. That the plea of guilty is a knowing and voluntary plea, supported by an

independent basis in fact sufficient to prove each of the essential elements of the count charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of the criminal Charge set forth in the Indictment, and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 13th day of August, 2013.

Keith Strong
United States Magistrate Judge