IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLAIR CHIEFSTICK,<br><br>Defendant. | CR 13-29-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I.  Synopsis

Defendant Blair Chiefstick (Chiefstick) has been accused of violating the conditions of his supervised release.  Chiefstick admitted all of the alleged violations.  Chiefstick's supervised release should be revoked.  Chiefstick should be placed in custody for 6 months, with 114 months of supervised release to follow.  Chiefstick should receive credit for time served since February 7, 2020.  The supervised release conditions imposed by the Court on September 10, 2019, should be continued.

## II.  Status

Chiefstick pleaded guilty to Aggravated Sexual Abuse on August 13, 2013. (Doc. 41).  The Court sentenced Chiefstick to 87 months of custody, followed by

10 years of supervised release. (Doc. 48). Chiefstick's current term of supervised release began on July 18, 2019. (Doc. 57 at 1).

### Petition

The United States Probation Office filed an Amended Petition on April 22, 2020, requesting that the Court revoke Chiefstick's supervised release. (Doc. 57). The Amended Petition alleged that Chiefstick had violated the conditions of his supervised release: 1) by failing to report for substance abuse testing; 2) by failing to report for sex offender treatment; 3) by failing to notify his probation officer of a change in residence; 4) by consuming alcohol; and 5) by committing another crime.

### Initial appearance

Chiefstick appeared before the undersigned for his initial appearance on April 30, 2020. Chiefstick was represented by counsel. Chiefstick stated that he had read the Amended Petition and that he understood the allegations. Chiefstick waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on April 30, 2020. Chiefstick admitted that he had violated the conditions of his supervised release: 1) by failing

to report for substance abuse testing; 2) by failing to report for sex offender treatment; 3) by failing to notify his probation officer of a change in residence; 4) by consuming alcohol; and 5) by committing another crime. The violations are serious and warrant revocation of Chiefstick's supervised release.

Chiefstick's violations are Grade C violations. Chiefstick's criminal history category is II. Chiefstick's underlying offense is a Class A felony. Chiefstick could be incarcerated for up to 60 months. Chiefstick could be ordered to remain on supervised release for up to life, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III.  Analysis

Chiefstick's supervised release should be revoked. Chiefstick should be incarcerated for 6 months, with 114 months of supervised release to follow. Chiefstick should receive credit for time served since February 7, 2020. The supervised release conditions imposed by the Court on September 10, 2019, should be continued. This sentence is sufficient but not greater than necessary.

### IV.  Conclusion

The Court informed Chiefstick that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Chiefstick of his right to object to these Findings and Recommendations

within 14 days of their issuance. The Court explained to Chiefstick that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Blair Chiefstick violated the conditions of his supervised release: by failing to report for substance abuse testing; by failing to report for sex offender treatment; by failing to notify his probation officer of a change in residence; by consuming alcohol; and by committing another crime.

The Court **RECOMMENDS:**

> That the District Court revoke Chiefstick's supervised release and commit Chiefstick to the custody of the United States Bureau of Prisons for 6 months, with 114 months of supervised release to follow. Chiefstick should receive credit for time served since February 7, 2020. The supervised release conditions imposed by the Court on September 10, 2019, should be continued.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure

to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 1st day of May, 2020.

John Johnston
United States Magistrate Judge