IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>BLAIR CHIEFSTICK,<br><br>Defendant. | CR-13-29-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 4, 2020. (Doc. 61.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 30, 2020. (Doc. 59.) The United States accused Chiefstick of violating his conditions of supervised release 1) by failing to report for substance abuse testing; 2) by failing to report for sex offender treatment; 3) by failing to notify his probation officer of a change in residence; 4) by consuming alcohol; and 5) by committing another crime. (Doc. 57.)

At the revocation hearing, Chiefstick admitted that he had violated a condition of his supervised release 1) by failing to report for substance abuse testing; 2) by failing to report for sex offender treatment; 3) by failing to notify his probation officer of a change in residence; 4) by consuming alcohol; and 5) by committing another crime. (Doc. 61.) Judge Johnston found that Chiefstick's violations warranted revocation, and recommended that Chiefstick should receive a custodial sentence of 6 months of custody, with 114 months of supervised release to follow. (Doc. 61 at 4.)

The violations prove serious and warrant revocation of Chiefstick's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 61) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Blair Chiefstick be incarcerated for a term of 6 months of custody, with 114 months of supervised release to follow.  The supervised release conditions imposed by the Court on September 10, 2019, should be continued.

DATED this 14th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court