IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 13-29-GF-BMM-JTJ |
|---|---|
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| BLAIR CHIEFSTICK, | |
| Defendant. | |

## I. Synopsis

Defendant Blair Chiefstick (Chiefstick) has been accused of violating the conditions of his supervised release. Chiefstick admitted the alleged violation. Chiefstick's supervised release should be revoked. Chiefstick should be placed in custody until December 1, 2021, with 104 months of supervised release to follow. Chiefstick should serve the first 180 days of supervised release in a residential re-entry center in Billings, Montana. Chiefstick should be transported directly to the residential re-entry center upon his release from custody.

## II. Status

Chiefstick pleaded guilty to Aggravated Sexual Abuse on August 13, 2013. (Doc. 41). The Court sentenced Chiefstick to 87 months of custody, followed by

10 years of supervised release. (Doc. 48). Chiefstick's current term of supervised release began on July 27, 2021. (Doc. 85 at 2).

**Petition**

The United States Probation Office filed a Petition on August 5, 2021, requesting that the Court revoke Chiefstick's supervised release. (Doc. 85). The Petition alleged that Chiefstick had violated the conditions of his supervised release by failing to report to his probation officer within 72 hours of his release from prison.

**Initial appearance**

Chiefstick appeared before the undersigned for his initial appearance on August 17, 2021. Chiefstick was represented by counsel. Chiefstick stated that he had read the Petition and that he understood the allegations. Chiefstick waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on August 17, 2021. Chiefstick admitted that he had violated his supervised release by failing to report to his probation officer within 72 hours of his release from prison. The violation is serious and warrants revocation of Chiefstick's supervised release.

Chiefstick's violation is a Grade C violation. Chiefstick's criminal history category is II. Chiefstick's underlying offense is a Class A felony. Chiefstick could be incarcerated for up to 60 months. Chiefstick could be ordered to remain on supervised release for 108 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III. Analysis

Chiefstick's supervised release should be revoked. Chiefstick should be incarcerated until December 1, 2021, with 104 months of supervised release to follow. Chiefstick should serve the first 180 days of supervised release in a residential re-entry center in Billings, Montana. Chiefstick should be transported directly to the residential re-entry center upon his release from custody. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Chiefstick that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Chiefstick of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Chiefstick that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That Blair Chiefstick violated the conditions of his supervised by failing to report to his probation officer within 72 hours of his release from prison.

The Court **RECOMMENDS:**

That the District Court revoke Chiefstick's supervised release and commit Chiefstick to the custody of the United States Bureau of Prisons until December 1, 2021, with 104 months of supervised release to follow. Chiefstick should serve the first 180 days of supervised release in a residential re-entry center in Billings, Montana. Chiefstick should be transported directly to the residential re-entry center upon his release from custody.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court

judge.

DATED this 18th day of August, 2021.

John Johnston
United States Magistrate Judge