IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLAIR CHIEFSTICK,<br><br>Defendant. | CR-13-29-GF-BMM<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 11, 2022. (Doc. 121.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 4, 2022. (Doc. 116.) The United States accused Blair Chiefstick (Chiefstick) of violating his

conditions of supervised release 1) by failing to follow the instructions of his probation officer; 2) by failing to report sex offender treatment; 3) by failing to report for substance abuse treatment; 4) by failing to comply with his substance abuse testing requirements;5) by failing to notify his probation officer of a change in residence; 6) by committing another crime; and 7) by consuming alcohol. (Doc. 114.)

    At the revocation hearing, Chiefstick admitted to violating the conditions of his supervised release 1) by failing to follow the instructions of his probation officer; 2) by failing to report sex offender treatment; 3) by failing to report for substance abuse treatment; 4) by failing to comply with his substance abuse testing requirements; 5) by committing another crime; and 6) by consuming alcohol(Doc. 87.)   The Court dismissed alleged violation 5 on the government's motion.  Judge Johnston found that the violations Chiefstick admitted proved to be serious and warranted revocation, and recommended revocation of Chiefstick's supervised release and recommended that Chiefstick receive a custodial sentence of 15 months, with no supervised release to follow. (Doc. 121.)  Chiefstick was advised of his right to appeal and his right to allocute before the undersigned. He waived those rights.  The violations prove serious and warrant revocation of Chiefstick's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 121) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Blair Chiefstick be sentenced to the Bureau of Prisons for 15 months, with no supervised release to follow.

DATED this 12th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court